clf\feinstein\pleadings\order of dismissal120707

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM H. FEINSTEIN<br>and<br>LEE I. FEINSTEIN<br>　　　　　Plaintiff<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.<br>and<br>EMC MORTGAGE CORPORATION<br>　　　　　Defendants | CIVIL ACTION<br><br><br><br>NO. 07-1851(RB) |

## ORDER OF DISMISSAL

It having been reported to the Court by letter from Plaintiffs' counsel dated December 7, 2007, that the within matter has settled, it is ORDERED that this matter is dismissed with prejudice per E.D. Local Rule 41.1. No costs to either party. The Court retains jurisdiction for a period of thirty days to enforce settlement terms, if necessary. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

BY THE COURT:

Date: 12/10/07

_____
U.S.D.J.

Docket to stnts