clf\feinstein\pleadings\praecipe to withdraw motion for enforcement of order 031208

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM H. FEINSTEIN<br>    and<br>LEE I. FEINSTEIN<br>             Plaintiffs<br><br>        vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.<br>    and<br>EMC MORTGAGE CORPORATION<br>             Defendants | CIVIL ACTION<br><br><br><br>NO.  07-1851(RB) |

**PRAECIPE TO WITHDRAW MOTION**
**FOR ENFORCEMENT OF ORDER AND ENTRY OF JUDGMENT**

TO THE CLERK OF COURT:

Kindly withdraw the Motion for Enforcement of Order and Entry of Judgment (Doc. No. 18) filed in the above matter on March 4, 2008. Defendants have now complied in full with the settlement reached in the above matter.

                                               Respectfully submitted:


Date:  3/13/08                          */s/ Cary L. Flitter*
                                        CARY L. FLITTER
                                        Attorney for Plaintiffs

                                        LUNDY, FLITTER,
                                        BELDECOS & BERGER, P.C.
                                        450 N. Narberth Avenue
                                        Narberth, PA 19072
                                        (610) 822-0782